lars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Christopher Boyle, Appellant, v. Mallory Steamship Company, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.; Page, J., dissented.

Annie Farley, as Administratrix, etc., Appellant, v. Peter J. Carey and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mary Canepari, as Administratrix, etc., Respondent, v. Bernheimer & Schwartz Pilsener Brewing Company, Inc., Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $18,000, in which event judgment as so modified and order affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

Warner-Godfrey Company, Respondent, v. Triangle Waist Company, Inc., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Vincent M. Geohegan, Respondent, v. Bronston Bros. & Co., Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, on Complaint of John P. Barron, Respondent, v. George Harrington and George Franklin, Appellants.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.; Dowling, J., dissented.

Mary M. O'Loughlin, Respondent, v. Beverwyck Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling and Davis, JJ.

The People of the State of New York, Respondent, v. Louis November, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

John Ziemborak, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

The People of the State of New York, Respondent, v. Arthur Schmidt, Appellant.— Judgment and order affirmed. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

Mary Kane, Appellant, v. Morris Golde, Respondent, Impleaded with Another.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Davis, JJ.

In the Matter of the Judicial Settlement of the Accounts of Sigmund J. Spiehler, as Executor, etc., Appellant. Francis X. Bader, Respondent.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. L. Strudler & Sons, Inc., Appellant. (No. 19.) The People of the State of New York, Respondent, v. L. Strudler & Sons, Inc., Appellant. (No. 20.) — Judg-

ments affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Corporation of the Fine Arts Building, Appellant, v. William F. Connor and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Bernard L. O'Donnell, Appellant, v. Joseph V. Keyrouse and Another, Impleaded with Samuel Holzman and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.; Smith, J., dissented.

Hugo Oppenheimer and Others, Respondents, v. Sicilian Asphalt Paving Company, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

The People of the State of New York, Respondent, v. Pasquale Milone, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Albert B. Gross and Others, Appellants, v. Philip Henochstein, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Fannie Levine, as Administratrix, etc., Respondent, v. Jacob Okin, Appellant.— Judgment and order reversed, with costs, and complaint dismissed, with costs, on the authority of *Kellogg* v. *Church Charity Foundation* (203 N. Y. 191). Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Frederick Edelstein, Appellant, v. Coney Island and Brooklyn Railroad Company, Respondent.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.; Clarke, P. J., dissented.

Clara Guyon Clark, Respondent, v. Carrie B. Guyon, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Emanuel Hertz, Respondent, v. George A. Wheelock, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Maiden Lane Realty Company, Respondent, v. Andrew J. Robinson Company, Appellant. (No. 2.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Gesine Schenker, Respondent, v. Henry Doscher and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrer and to answer on payment of costs. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Gesine Schenker, Respondent, v. Henry Doscher and Others, Appellants, Impleaded with Others.—Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., McLaughlin, Scott, Smith and Davis, JJ.

Richmond Assets Collecting Company, Appellant, v. Maurice M. Stern-